**FORM 2**

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  05-31790  -SQU

Case Name:  KONRAD, BRUCE MARTIN

KONRAD, DIANE E

Taxpayer ID No:  *******7050

For Period Ending:  10/10/07

Trustee Name:  GINA B. KROL

Bank Name:  BANK OF AMERICA, N.A.

Account Number / CD #:  *******4011  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C   05/08/06 | 1 | Bruce & Diane Konrad 4520 Shabbona Lane Lisle, IL  60532 | | 1110-000 | 25,000.00 | | 25,000.00 |
| C   05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.34 | | 25,014.34 |
| C   06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.56 | | 25,034.90 |
| C   07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.26 | | 25,056.16 |
| C   08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.28 | | 25,077.44 |
| C   09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.60 | | 25,098.04 |
| C   10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.32 | | 25,119.36 |
| C   11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.65 | | 25,140.01 |
| C   12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.34 | | 25,161.35 |
| C   01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.38 | | 25,182.73 |
| C   02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA  70130 | BOND BOND | 2300-000 | | 19.43 | 25,163.30 |
| C   02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.31 | | 25,182.61 |
| C   03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.38 | | 25,203.99 |

LFORM2T4

Ver: 12.60a

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-31790 -SQU |
| Case Name: | KONRAD, BRUCE MARTIN |
| | KONRAD, DIANE E |
| Taxpayer ID No: | *******7050 |
| For Period Ending: | 10/10/07 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4011  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.73 | | 25,224.72 |
| C   05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.42 | | 25,246.14 |
| C   06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.75 | | 25,266.89 |
| C   07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.46 | | 25,288.35 |
| C   08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 21.48 | | 25,309.83 |
| C   09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 16.12 | | 25,325.95 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account  *******4011 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 25,000.00 | 1 | Checks | 19.43 |
| | 17 | Interest Postings | 345.38 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $   25,345.38 | | | |
| | | | | | Total | $   19.43 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   25,345.38 | | | |

Ver: 12.60a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
Case No: 05-31790 -SQU

Case Name: KONRAD, BRUCE MARTIN

KONRAD, DIANE E

Taxpayer ID No: *******7050

For Period Ending: 10/10/07

Trustee Name: GINA B. KROL

Bank Name: BANK OF AMERICA, N.A.

Account Number / CD #: *******4011  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:_____ Date: _____

LFORM2T4

Ver: 12.60a