UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| KONRAD, BRUCE MARTIN ) | Case No. 05-31790-SQU | |
| KONRAD, DIANE E ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

**Order Awarding Attorney for Trustee Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the requests for compensation and expenses are allowed as follows;

1. COHEN & KROL
   *Attorney for Trustee*
   a. Compensation              $1,295.00
   b. Expenses                  $22.21

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE