UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| KONRAD, BRUCE MARTIN ) | | Case No. 05-31790-SQU |
| KONRAD, DIANE E ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL 60187

    On: **February 15, 2008**     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $25,345.38 |
    | Disbursements | $19.43 |
    | Net Cash Available for Distribution | $25,325.95 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $3,284.54 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,295.00 | $22.21 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of timely filed general unsecured creditors totaling $70,478.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 29.40% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank | $253.80 | $74.63 |
| 000002 | Sallie Mae Trust | $16,574.75 | $4,873.79 |
| 000003 | Ecast Settlement Corporation | $22,069.00 | $6,489.37 |
| 000004 | Ecast Settlement Corporation | $26,176.23 | $7,697.10 |
| 000005 | Kohl"S Department Store | $1,083.75 | $318.68 |
| 000006 | Citibank Usa Na | $4,321.16 | $1,270.63 |

8. The following general unsecured claims were filed tardily.  Trustee anticipates a distribution to tardily filed claims to be 0%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000007 | Southeastern Asset Recovery Service | $12,900.33 | $0.00 |

9. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $50.00 |
| Bank Accounts | $1,336.00 |
| Household Goods | $3.000.00 |
| Books & art objects | $500.00 |
| Clothing | $500.00 |
| Wedding Bands | $100.00 |
| Sporting Goods | $100.00 |
| Retirement accounts | $55,000.00 |
| Stocks | $636.84 |
| Vehicles | $12,000.00 |

Dated: **January 11, 2008**          For the Court,

By:   **KENNETH S. GARDNER**
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER

Trustee:    Gina B. Krol
Address:    105 West Madison Street
            Suite 1100
            Chicago, IL  60602-0000
Phone No.:  (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.790   Doc 30   Filed 01/11/08   Entered 01/13/08 23:37:46   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1           Date Rcvd: Jan 11, 2008
Case: 05-31790                Form ID: pdf002             Total Served: 30

The following entities were served by first class mail on Jan 13, 2008.
 db           +Bruce Martin Konrad,    4520 Shabbona Lane,    Lisle, IL 60532-1059
 jdb          +Diane E Konrad,    4520 Shabbona Lane,    Lisle, IL 60532-1059
 aty          +John P Houlihan,    Beck Houlihan & Scott P C,    534 W Roosevelt Road,    Wheaton, IL 60187-5058
 aty          +Linda M Kujaca,    SmithAmundsen, LLC,    150 N. Michigan Avenue,    Suite 3300,
                Chicago, IL 60601-6004
 tr           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
 9680526      +Bank Of America,    PO Box 1390,    Norfolk, VA 23501-1390
 9680527      +Bank One,    PO Box 15299,    Wilmington, DE 19850-5299
 9680528      +Bank One,    PO Box 15299,    Wilmongton, DE 19850-5299
 9680529      +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
 9680530      +Capital One FSB,    PO Box 85015,    Richmond, VA 23285-5015
 9680531      +Carmax Auto Finance,    PO Box 3174,    Milwaukee, WI 53201-3174
10670180      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
10735223      +Citibank USA NA,    P O Box 182149,    Columbus, OH 43218-2149
 9680532      +Discover Card,    C/O Baker, Miller, Markoff & Krasney LLC,    29 N. Wacker Dr.,
                Chicago, IL 60606-3221
 9680533      +Fleet (Bank Of America),    PO Box 15480,    Wilmington, DE 19850-5480
 9680525      +John P Houlihan,    Beck Houlihan & Scott PC,    534 W Roosevelt Rd,    Wheaton, IL 60187-5058
 9680534      +Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
10696820      +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
 9680523      +Konrad Bruce Martin,    4520 Shabbona Lane,    Lisle, IL 60532-1059
 9680524      +Konrad Diane E,    4520 Shabbona Lane,    Lisle, IL 60532-1059
 9680535      +Mid America Bank,    2650 Warrenville Rd., Suite 500,    Downers Grove, IL 60515-2074
 9680536      +Next Card,    PO Box 922968,    Norcross, GA 30010-2968
 9680537      +Retail Services (Best Buy),    PO Box 15521,    Wilmington, DE 19850-5521
 9680538      +Sallie Mae,    PO Box 3800,    Wilkes Barre, PA 18773-3800
10669138      +Sallie Mae Trust,    c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
 9680539      +Sears Card,    PO Box 6922,    The Lakes, NV 88901-6922
10784856      +SouthEastern Asset Recovery Services,    5805 State Bridge Road Ste G-292,    Duluth GA 30097-8220
 9680540      +Target (Retailers National Bank),    PO Box 1581,    Minneapolis, MN 55440-1581
10657553      +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10983511       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2008**              **Signature:**   *Joseph Speetjens*